Laurence M. Rosen (S.B. #219683)
Phillip Kim (admitted *pro hac vice*)
lrosen@rosenlegal.com
pkim@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-2684

*Counsel for Plaintiff Martin Graham*

Seth Aronson (S.B. #100153)
saronson@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Charles E. Bachman (admitted *pro hac vice*)
Edward N. Moss (admitted *pro hac vice*)
cbachman@omm.com
emoss@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

------------------------------------------------------------X

JANICE KENNY, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

       v.

MONTAGE TECHNOLOGY GROUP LIMITED, HOWARD C. YANG, STEPHEN TAI and MARK VOLL,

                Defendants.

Case No.: 3:14-cv-00722 (SI)

CLASS ACTION

------------------------------------------------------------X

MARTIN GRAHAM, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

       v.

HOWARD C. YANG, STEPHEN TAI, MARK VOLL, YUNG KUEI YU, CATHY YEN, JUNG-KUNG YANG, EDWARD WAY, CHARLES G. SODINI, and MONTAGE TECHNOLOGY

Case No.: 5:14-cv-001893 (PSG)

CLASS ACTION

1 | GROUP LIMITED,
2 |               Defendants.
3
4
5 | ----------------------------------------------------------X
6 | MARIA CECILIA GHILARDOTTI, Individually and on Behalf of All Others Similarly Situated,
7 |         Plaintiff,
8
9 |       v.
10 | MONTAGE TECHNOLOGY GROUP LIMITED, HOWARD C. YANG, STEPHEN TAI, and MARK VOLL,
11 |         Defendants.
12 | ----------------------------------------------------------X
13 | ZHAO ERDI, Individually and on Behalf of All Others Similarly Situated,
14 |         Plaintiff,
15
16 |       v.
17 | MONTAGE TECHNOLOGY GROUP LIMITED, HOWARD C. YANG, STEPHEN TAI, MARK VOLL, YUNG KUEI YU, CATHY YEN, JUNG-KUNG YANG, EDWARD WAY, and CHARLES G. SODINI,
20 |         Defendants.
| ----------------------------------------------------------X

Case No.: 3:14-cv-01894 (JD)

CLASS ACTION

Case No.: 4:14-cv-01895 (LLS)

CLASS ACTION

**CORRECTED STIPULATION AND ~~PROPOSED~~ CONSOLIDATION ORDER FOR SECURITIES FRAUD CLASS ACTIONS**

Pursuant to FRCivP 16(d), Civil L.R. 23-1(b), and Manual for Complex Litigation, Fourth §§ 11.12, 11.21 and 31 (2004), the parties stipulate, and the Court hereby orders, as follows:

1

CONSOLIDATION OF RELATED CASES

2    1.    The actions listed on Exhibit A are related cases within the meaning of Civil L.R.

3    3-12.  Pursuant to FRCivP 42(a), these cases are hereby consolidated into Civil Action No. C-

4    3:2014-cv-0722 for pretrial proceedings before this Court.  The consolidated action shall be

5    captioned: "In re Montage Technology Group Limited Securities Litigation."

6    2.    All related actions that are subsequently filed in, or transferred to, this District

7    shall be consolidated into this action for pretrial purposes.  This Order shall apply to every such

8    related action, absent order of the Court.  A party that objects to such consolidation, or to any

9    other provision of this Order, must file an application for relief from this Order within thirty (30)

10   days after the date on which a copy of the order is mailed to the party's counsel, pursuant to

11   Paragraph 7, infra.

12   3.    This Order is entered without prejudice to the rights of any party to apply for

13   severance of any claim or action, for good cause shown.

14

MASTER DOCKET AND CAPTION

15   4.    The docket in Civil Action No. C-3:2014-cv-0722 shall constitute the Master

16   Docket for this action.

17   5.    Every pleading filed in the consolidated action shall bear the following caption:

18

19   In re MONTAGE TECHNOLOGY
     GROUP LIMITED SECURITIES          Master File No 3:2014-cv-0722 (SI)
20   LITIGATION
                                       CLASS ACTION
21
     _____
22   This Document Relates To:

23   6.    The file in Civil Action No. C-3:2014-cv-0722 shall constitute a Master File for

24   every action in the consolidated action.  When the document being filed pertains to all actions, the

25   phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To:".

26   When a pleading applies only to some, not all, of the actions, the document shall list, immediately

27   after the phrase "This Documents Relates To:", the docket number for each individual action to

28   which the document applies, along with the last name of the first-listed plaintiff in said action

1    (e.g., "*Kenny,* No. C-3:2014-cv-0722 (SI)").

2         7.     The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12

3    whenever a case that should be consolidated into this action is filed in, or transferred to, this

4    District.  If the Court determines that the case is related, the clerk shall:

5              a.     place a copy of this Order in the separate file for such action;

6              b.     serve on plaintiff's counsel in the new case a copy of this Order;

7              c.     direct that this Order be served upon defendants in the new case; and

8              d.     make the appropriate entry in the Master Docket.

9    PLEADINGS AND MOTIONS

10        8.     Defendants are not required to respond to the complaint in any action consolidated

11   into this action, other than a consolidated complaint or a complaint designated as the operative

12   complaint.

13   DISCOVERY

14        9.     The following definitions shall presumptively apply in all discovery issued in this

15   action:

16             a.     Communication.  The term "communication" means the transmittal of

17   information (in the form of facts, ideas, inquiries or otherwise).

18             b.     Document.  The term "document" is defined to be synonymous in meaning

19   and equal in scope to the usage of this term in FRCivP 34(a).  A draft or

20   nonidentical copy is a separate document within the meaning of this term.

21             c.     Identify (with respect to persons).  When referring to a person, "to identify"

22   means to give, to the extent known, the person's full name, present or last

23   known address, and when referring to a natural person, additionally, the

24   present or last known place of employment.  Once a person has been

25   identified in accordance with this subparagraph, only the name of that

26   person need be listed in response to subsequent discovery requesting the

27   identification of that person.

28             d.     Identify (with respect to documents).  When referring to documents, "to

1          identify" means to give, to the extent known, the (i) type of document; (ii)

2          general subject matter; (iii) date of the document; and (iv) author(s),

3          addressee(s) and recipient(s).

4          e.     Parties.  The terms "plaintiff" and "defendant" as well as a party's full or

5          abbreviated name or a pronoun referring to a party mean the party and,

6          where applicable, its officers, directors, employees, partners, corporate

7          parent, subsidiaries or affiliates.  This definition is not intended to impose a

8          discovery obligation on any person who is not a party to the litigation.

9          f.     Person.    The term "person" is defined as any natural person or any

10          business, legal or governmental entity or association.

11          g.     Concerning.    The term "concerning" means relating to, referring to,

12          describing, evidencing or constituting.

13     10.     The following rules of construction apply to all discovery requests:

14          a.     All/Each.  The terms "all" and "each" shall be construed as all and each.

15          b.     And/Or.    The connectives "and" and "or" shall be construed either

16          disjunctively or conjunctively as necessary to bring within the scope of the

17          discovery request all responses that might otherwise be construed to be

18          outside of its scope.

19          c.     Number.  The use of the singular form of any word includes the plural and

20          vice versa.

21     11.     Counsel for the parties shall notify their clients of their document preservation

22     obligations pursuant to the federal securities laws and the Local Rules.

23

24

25

26

27

28

STIP. AND PROPOSED CONSOLIDATION  ORDER
FORSECURITIES FRAUD CLASS ACTIONS
NO. 3:14-CV-00722 (SI)

1  Dated: May 13, 2014

2  THE ROSEN LAW FIRM, P.A.                    O'MELVENY & MYERS LLP

3  By:/s/Phillip Kim                           By:/s/ Edward N. Moss
   Phillip Kim (admitted *pro hac vice*)       Seth Aronson (S.B. #100153)
4  Laurence M. Rosen (S.B. # 219683)           400 South Hope Street
5  355 South Grand Avenue, 2450                Los Angeles, CA 90071
   Los Angeles, CA 90071                       Telephone: (213) 430-6000
6  Telephone: (213) 785-2610                   Facsimile: (213) 430-6407
   Facsimile: (213) 226-2684                   Email:  saronson@omm.com
7  Email: lrosen@rosenlegal.com
8  Email: pkim@rosenlegal.com                  Charles E. Bachman
                                               (admitted *pro hac vice*)
9  *Counsel for Plaintiff Martin Graham*       Edward N. Moss
                                               (admitted *pro hac vice*)
10 SAXENA WIDTE P.A.                           7 Times Square
                                               New York, New York 10036
11 By:/s/ Lester R. Hooker                     Telephone: (212) 326-2000
12 Lester R. Hooker                            Facsimile: (212) 326-2061
   Joseph E. White III                         Email: cbachman@omm.com
13 2424 North Federal Highway, Suite 257       Email: emoss@omm.com
   Boca Raton, FL 33431
14 Telephone: (561) 394-3399                   *Counsel for Defendants*
   Facsimile: (561) 394-3382
15
16 RYAN & MANISKAS, LLP
   Katharine M. Ryan
17 Richard A. Maniskas
   995 Old Eagle School Rd., Ste. 311
18 Wayne, PA 19087
   Telephone: (484) 588-5516
19 Facsimile: (484) 450-2582
20
   *Counsel for Plaintiff Maria Cecilia Ghilardotti*
21 LAW OFFICES OF CURTIS V. TRINKO,
   LLP
22 Curtis V. Trinka
   Jennifer Traystman
23 C. William Margrabe
   16 West 46th Street, 7th Floor
24 New York, NY 10036
   Telephone: (212) 490-9550
25 Facsimile: (212) 986-0158
26 Email: Ctrinko@trinko.com
27
   *Liaison Counsel for Plaintiff Maria Cecilia*
28 *Ghilardotti*

POMERANTZ LLP

By: /s/ Jeremy Lieberman
Jeremy Alan Lieberman
Lesley Frank Portnoy
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: lfportnoy@pomlaw.com

POMERANTZ LLP
Patrick Vincent Dahlstrom
10 South LaSalle Street
Suite 3505
Chicago, IL 60603
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: pdahlstrom@pomlaw.com

*Counsel for Plaintiff Zhao Erdi*

ROBBINS GELLER RUDMAN
& DOWD LLP

By: /s/ Brian O'Mara
Brian O'Mara
Darren J. Robbins
David C. Walton
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
Email: darrenr@rgrdlaw.com
Email: davew@rgrdlaw.com
Email: bomara@rgrdlaw.com

JOHNSON & WEAVER, LLP
W. SCOTT HOLLEMAN
99 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: (212) 802-1486
Facsimile: (212) 602-1592

*Counsel for Plaintiff Janice Kenny*

1

2   THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.

3

4   Dated:  May __12__, 2014      _____

5                                       Hon. Susan Illston
                                  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND PROPOSED CONSOLIDATION  ORDER
FOR SECURITIES FRAUD CLASS ACTIONS
NO. 3:14-CV-00722 (SI)

**ATTESTATION OF FILING**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Phillip Kim, hereby attest that concurrence in the filing of this Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions has been obtained from each of the other Signatories with conformed signatures above.

Dated:  May 13, 2014

By:/s/ Phillip Kim
Phillip Kim
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-2684

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

RELATED CASES

- *Graham v. Yang, et al*, Case No. 5:14-cv001893

- *Ghilardotti v. Montage Technology Group Limited, et al*, Case No. 3:14-cv-01894

- *Erdi v. Montage Technology Group Limited, et al*, Case No. 4:14-cv-01895

STIP. AND PROPOSED CONSOLIDATION  ORDER
FORSECURITIES FRAUD CLASS ACTIONS
NO. 3:14-CV-00722 (SI)